# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KATHY BROWNE

       Plaintiff

  v.

                                                             Civil Action No. 2:23-cv-164

ANDREA CIOBANU

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Gretchen S Lund on Motion to Dismiss.

DATE: 2/26/2025                         CHANDA J. BERTA, CLERK OF COURT

                                                                   by   s/A. Highlen_____
                                                                     *Signature of Clerk or Deputy Clerk*